USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
BROADCAST MUSIC, INC.; RICK'S MUSIC, :
INC.; RED SEA SONGS; HOUSE OF FUN MUSIC, :
INC.; SPIRIT ONE MUSIC, a division of SPIRIT :
MUSIC GROUP, INC.; HOT-CHA MUSIC CO.; :
UNICHAPPELL MUSIC INC.; PWMP : 19-CV-1264 (VEC)
ACQUISITION I LLC d/b/a PRIMARY WAVE :
BRIAN; MJ PUBLISHING TRUST d/b/a MIJAC : ORDER
MUSIC; SONGS OF UNIVERSAL, INC.; ELSIE :
LOUISE PITTS MUSIC; BUTTERMAN :
PRODUCTIONS INC. d/b/a BUTTERMAN LAND :
PUBLISHING; WINDSWEPT HOLDINGS LLC :
d/b/a SONGS OF WINDSWEPT PACIFIC; and :
SMOOTH C PUBLISHING, :
                                                                    :
                                            Plaintiffs, :
                                                                    :
                        -against- :
                                                                    :
                                                                    :
MY IMAGE STUDIOS LLC d/b/a MIST HARLEM; :
CARLTON BROWN; WALTER EDWARDS; and :
AMILCAR PRIESTLEY, :
                                            Defendants. :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 4, 2020, the Court granted Plaintiffs' motion for summary judgment against Defendants (Dkt. 71); and

WHEREAS the parties have filed a stipulation as to attorneys' fees and costs (Dkt. 72);

IT IS HEREBY ORDERED that:

1. MY IMAGE STUDIOS LLC d/b/a MIST HARLEM, CARLTON BROWN, WALTER EDWARDS, and AMILCAR PRIESTLEY, their agents, employees, and all persons acting under their permission or authority are permanently enjoined from infringing, in

any manner, the copyrighted musical compositions licensed by BROADCAST MUSIC, INC.

2. Plaintiffs are entitled to judgment against MY IMAGE STUDIOS LLC d/b/a MIST HARLEM, CARLTON BROWN, WALTER EDWARDS, and AMILCAR PRIESTLEY, jointly and severally, in the amount of $120,000.00.

3. Plaintiffs are entitled to an award of attorneys' fees and costs against MY IMAGE STUDIOS LLC d/b/a MIST HARLEM, CARLTON BROWN, WALTER EDWARDS, and AMILCAR PRIESTLEY, jointly and severally, in the amount of $25,827.74.

4. Plaintiffs are entitled to interest as applicable under 28 U.S.C. § 1961.

The Clerk of Court is directed to enter final judgment as set forth above and to close the case.

**SO ORDERED.**

**Date:  June 12, 2020**           **VALERIE CAPRONI**
**New York, New York**             **United States District Judge**