# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

BROADCAST MUSIC, INC.; RICK'S MUSIC, INC.; RED SEA SONGS; HOUSE OF FUN MUSIC, INC.; SPIRIT ONE MUSIC, a division of SPIRIT MUSIC GROUP, INC.; HOT-CHA MUSIC CO.; UNICHAPPELL MUSIC INC.; PWMP ACQUISITION I LLC d/b/a PRIMARY WAVE BRIAN; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; SONGS OF UNIVERSAL, INC.; ELSIE LOUISE PITTS MUSIC; BUTTERMAN PRODUCTIONS INC. d/b/a BUTTERMAN LAND PUBLISHING; WINDSWEPT HOLDINGS LLC d/b/a SONGS OF WINDSWEPT PACIFIC; and SMOOTH C PUBLISHING,

                Plaintiffs,                19 **CIVIL** 1264 (VEC)

     -against-                            **JUDGMENT**

MY IMAGE STUDIOS LLC d/b/a MIST HARLEM; CARLTON BROWN; WALTER EDWARDS; and AMILCAR PRIESTLEY,

                Defendants.

-----------------------------------------------------------X

      Whereas on May 4, 2020, the Court granted Plaintiffs' motion for summary judgment against Defendants (Dkt. 71); and

      Whereas the parties have filed a stipulation as to attorneys' fees and costs (Dkt. 72);

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 12, 2020, that:

1. MY IMAGE STUDIOS LLC d/b/a MIST HARLEM, CARLTON BROWN, WALTER EDWARDS, and AMILCAR PRIESTLEY, their agents, employees, and all persons acting under their permission or authority are permanently enjoined from infringing, in any manner, the copyrighted musical compositions licensed by BROADCAST MUSIC, INC.

2. Plaintiffs are entitled to judgment against MY IMAGE STUDIOS LLC d/b/a MIST HARLEM, CARLTON BROWN, WALTER EDWARDS, and AMILCAR PRIESTLEY, jointly and severally, in the amount of $120,000.00.

3. Plaintiffs are entitled to an award of attorneys' fees and costs against MY IMAGE STUDIOS LLC d/b/a MIST HARLEM, CARLTON BROWN, WALTER EDWARDS, and AMILCAR PRIESTLEY, jointly and severally, in the amount of $25,827.74.

4. Plaintiffs are entitled to interest as applicable under 28 U.S.C. § 1961; final judgment is hereby entered and the case is closed.

**Dated:** New York, New York
June 12, 2020

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:** _____
**Deputy Clerk**